## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. BLACK and CLARA BLACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  **CIVIL ACTION NO. 14-0165-CG-C** |
| | ) |
| **CAROLYN W. COLVIN, Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

### <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 17, 2015, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 15th day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE