IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. BLACK and CLARA BLACK, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 14-0165-CG-C |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Clara Black is dismissed as a plaintiff in this matter, the brief (Doc. 14) filed by Clara Black is stricken pursuant to FED. R. CIV. P. 11(a), and the Commissioner's decision denying Robert L. Black benefits is affirmed.

**DONE and ORDERED** this 15th day of October, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE